IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY PRATT | : | CIVIL ACTION |
| v. | : | |
| VICTORIA INSURANCE CO., et al. | : | NO. 10-1629 |

<u>ORDER</u>

AND NOW, this 12th day of November, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff to have this matter be heard before a jury is GRANTED.

                                      BY THE COURT:

                                      <u>/s/ Harvey Bartle III</u>
                                                              C.J.